UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV16-02203 JAK (SSx) | Date | June 27, 2016 |
| Title | Maren Miller v. Tri Marine Fish Company, et al. | | |

| | |
|---|---|
| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
| Andrea Keifer | Alex Joko |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| William L. Banning | Michael A. Barcott |

**Proceedings:** **PLAINTIFF'S MOTION TO REMAND (DKT. 11)**

**SCHEDULING CONFERENCE**

The motion hearing is held. The Court states its tentative views and is inclined to deny Plaintiff's Motion to Remand (the "Motion"). Counsel address the Court. The Court takes the Motion UNDER SUBMISSION and a ruling will be issued.

The scheduling conference is held. The Court confers with counsel regarding the status of the case and the parties' June 17, 2016 Joint Report. The Court defers setting final dates, but tentatively suggests the following:

| | |
|---|---|
| Not Set: | Last day to amend or add parties |
| Not Set: | Last day to participate in a settlement conference/mediation |
| Not Set: | Last day to file notice of settlement / joint report re settlement |
| Not Set: | Post Mediation Status Conference |
| April 10, 2017: | Non-Expert Discovery Cut-Off |
| April 24, 2017: | Initial Expert Disclosures |
| May 8, 2017: | Rebuttal Expert Disclosures |
| May 22, 2017: | Expert Discovery Cut-Off |
| May 22, 2017: | Last day to file motions *(including discovery motions)* |
| August 7, 2017: | Last day to hear motions *(including discovery motions)* |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | LA CV16-02203 JAK (SSx) | Date | June 27, 2016 |
|---|---|---|---|
| Title | Maren Miller v. Tri Marine Fish Company, et al. | | |

| | |
|---|---|
| September 11, 2017: | Anticipated ruling on all motions |
| October 2, 2017: | Last day to file all pretrial documents |
| October 16, 2017 at 3:00 p.m.: | Final Pretrial Conference, Status Conference re Disputed Exhibits, and Hearing on Motions in Limine |
| October 31, 2017 at 9:00 a.m.: | Jury Trial (est. tbd days) |

The Court does not estimate the trial at 10-12 days but will confer further with counsel at the Final Pretrial Conference.

If the Motion is granted, the preceding dates will become moot. If the Motion is denied, the ruling on the Motion will set a date by which the parties shall file a joint report addressing the following issues: (i) the parties' agreed upon settlement method and the status of their settlement efforts; (ii) the parties' collective or respective view(s) as to the most efficient manner in which to proceed with this action in light of the pending arbitration action in the Philippines; (iii) whether Defendant intends to file a motion to compel arbitration and the anticipated date of its filing; and (iv) what discovery Plaintiff seeks regarding arbitrability, and the anticipated time frame in which that discovery can be completed. Upon review of this joint report, the Court will set final dates in this matter.

Counsel for all parties shall comply with this Court's standing orders with respect to documents to be prepared and filed in connection with the Final Pretrial Conference. Dkt. 8.

**IT IS SO ORDERED.**

: 38

Initials of Preparer   ak